UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1884

KINFE-MICHAEL NEGASH,

Plaintiff - Appellant,

v.

KINGSTOWNE RESIDENTIAL OWNERS CORPORATION, and Involved Persons and Associates; ABDUL WAHAB SAED, and Family and Current Residents, Real Estate Loan Broker; YOHANNIS ABATA AND ASSOCIATES, PHD; WILLIAM ERICKSON AND ELLENI MENGESHA & ASSOCIATES, PHD (EPA); UNITED STATES OF AMERICA; EGYPT; CHINA; INDIA; GREAT BRITAIN AND COMMON LAW COUNTRIES; ERITREA; ETHIOPIA; ARAB LEAGUE, and it's member countries concerned; EUROPEAN UNION, and it's member countries concerned; NIGERIA; IRELAND; RUSSIA; SERBIA; PAKISTAN; BANGLADESH; AFGHANISTAN; SOUTH AND NORTH KOREA; LATIN OR SOUTH AMERICAN COUNTRIES CONCERNED; ASIAN COUNTRIES CONCERNED; AFRICAN COUNTRIES CONCERNED; NORTH AMERICAN COUNTRIES CONCERNED; UNITED NATIONS, and member countries concerned; NATIONAL GROCERS ASSOCIATION; WORLD COUNCIL OF CHURCHES; WIPO; TERRORIST, EXTREMIST, RAPERS, TORTURERS, SLAVERS, Murders, Dictators, and Hate Groups all over the World; WALMART HEADQUARTERS; DEPARTMENT OF FOOD SAFETY, and UN World Health Organization, FOS; AMERICAN DIABETES ASSOCIATION; TRADER JOE'S; SURGEON GENERAL; THE LGBTQ MOVEMENT, all over the world; FEDERAL COMMUNICATIONS COMMISSION; OFFICE OF THE SECRETARY DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF COMMERCE; BJ'S; OFFICE OF THE SECRETARY OF DEFENSE; AMERICAN MEDICAL ASSOCIATION; WEGMAN'S FOOD MARKETS INC.; OFFICE OF THE SECRETARY GENERAL OF UNITED NATIONS; SECURITY COMPANIES, all over the World that violate the Universal Declaration of Human Rights; COSTCO WHOLESALE; UNITED STATES HOUSE OF REPRESENTATIVES; LA MART, Giant, Safeway, Shoppers, etc. Groceries; CVS HEADQUARTERS; OFFICE OF THE PRESIDENT OF THE UNITED STATES OF AMERICA, White House; HOME

DEPOT, Best Buy, KMart, Macy's, Sears; FBI HEADQUARTERS; IRAN; TOTAL BEER AND WINE, and other liquor stores like ABC in Virginia, etc, stores that involve themselves; ETHIOPIAN AIRLINES HEAD OFFICE; OFFICE OF SECRETARY OF STATE; UNITED STATES PATENT & TRADEMARK OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, Senior District Judge. (1:20-cv-00854-LO-JFA)

Submitted: January 19, 2021                    Decided: January 21, 2021

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kinfe-Michael Negash, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kinfe-Michael Negash appeals the district court's order dismissing without prejudice[*] Negash's non-specified civil action against a multitude of Defendants and denying Negash's request for injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Negash v. Kingstowne Residential Owners Corp.*, No. 1:20-cv-00854-LO-JFA (E.D. Va. July 28, 2020). We deny as moot Negash's request for injunctive relief pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court's dismissal was without prejudice, we have jurisdiction over this appeal. *See Bing v. Brivo Sys., LLC*, 959 F.3d 605, 615 (4th Cir. 2020), *petition for cert. filed*, No. 20-759 (U.S. Dec. 2, 2020).